United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES EARL KELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04896 |
| | § | |
| BUREAU OF FISCAL SERVICES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Jmaes Earl Kelly filed this prisoner *pro se* civil rights action while confined in the Harris County Jail. *See* Doc. No. 1. On February 26, 2026, the Court ordered the plaintiff to submit a More Definite Statement to clarify his claims and warned him that the failure to comply with the order within thirty days could result in the dismissal of this case for want of prosecution. Doc. No. 14.

To date, the plaintiff has not submitted a More Definite Statement as ordered. The plaintiff's failure to pursue this action leads the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a district court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (stating that "[t]he failure to comply with an order of the court is grounds for dismissal with prejudice"); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court

1 / 2

may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

The plaintiff is advised, however, that relief from this order may be granted upon a proper showing in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. A proper showing includes, at minimum, full compliance with the Court's previous instructions and orders, including submitting a More Definite Statement that responds to the Court's questionnaire as ordered.

Accordingly, based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice for want of prosecution.

2. Plaintiff's pending motions (Doc. Nos. 17 & 18) are **DENIED**.

3. All other pending motions, if any, are **DENIED as MOOT**.

4. This case is **CLOSED**.

The Clerk will send this Order to the parties of record.

SIGNED on this _____30th_____ day of June 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE